# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

**MICHAEL JOHN ROBERTS,**

    **Plaintiff,**

**v.**                                                             **Case No. 2:16-cv-10813**

**SOUTH CENTRAL REGIONAL JAIL and**
**CHAD SMAR,**

    **Defendants.**

## PROPOSED FINDINGS AND RECOMMENDATION

This matter is assigned to the Honorable John T. Copenhaver, Jr., Senior United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On January 17, 2020, the undersigned entered a Proposed Findings and Recommendation (ECF No. 6) recommending dismissal of the South Central Regional Jail as a defendant, and an Order and Notice (ECF No. 5) directing the plaintiff to advise the court by January 31, 2020 of his intent to pursue this civil action against defendant Chad Smar.  The Order and Notice further notified the plaintiff that the failure to comply therewith would result in the undersigned's recommendation to the presiding District Judge that this matter be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The Order and Notice was initially mailed to the plaintiff at the South Central Regional Jail, which was the last known address provided by him.  It was returned as

undeliverable. It was then re-mailed to the plaintiff, on January 31, 2020, at the Salem Correctional Center, where he was then listed as being incarcerated. The plaintiff is now incarcerated at the Northern Correctional Center.

The plaintiff has failed to communicate in any way with the court. Thus, the court is unable to move this matter forward and dismissal is warranted. However, because defendant Smar was never served with process, a dismissal without prejudice may be less drastic.

## **RECOMMENDATION**

The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to comply with the undersigned's Order and has failed to prosecute this civil action. Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **DISMISS** this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr., Senior United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and then three days (service/mailing), from the date of filing of this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.  *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).  Copies of such objections shall be served on Judge Copenhaver.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to the plaintiff at the Northern Correctional Center.

April 1, 2020

Dwane L. Tinsley
United States Magistrate Judge